AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Taylor Dolce | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 7:22-cv-03858 |
| The LIV Group, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Taylor Dolce

Date:  05/12/2022

/s/ James R. Denlea
*Attorney's signature*

James R. Denlea
*Printed name and bar number*

2 Westchester Park Drive, Suite 410
White Plains, New York 10604

*Address*

jdenlea@denleacarton.com
*E-mail address*

(914) 331-0100
*Telephone number*

(914) 331-0105
*FAX number*