

Megan O'Neill
moneill@dtolaw.com

July 27, 2022

<u>VIA ECF</u>

Hon. Philip M. Halpern
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, NY 10601

> Application granted. The Court will docket the Confidentiality Agreement and Protective Order separately.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 21.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        July 28, 2022

Re: *Dolce v. The LIV Group Inc.*, No. 7:22-cv-03858 (PMH)

Dear Judge Halpern:

In their conference pursuant to Federal Rule of Civil Procedure 26(f), the parties in this matter agreed to be bound by this Court's Model Confidentiality Stipulation and Proposed Protective Order. Accordingly, pursuant to Rule 1(I) of this Court's Individual Practices in Civil Cases, the parties respectfully request this Court enter the Stipulated Confidentiality Agreement and Protective Order filed as an exhibit hereto.

Sincerely,

*/s/ Megan O'Neill*
Megan O'Neill

Counsel for Defendant
THE LIV GROUP INC.