UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TAYLOR DOLCE, on behalf of herself and all
others similarly situated,

                        Plaintiff,

      v.

THE LIV GROUP INC.,

                        Defendant.
-----------------------------------------------------------------X

Case No.: 7:22-cv-03858-PMH

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice, without costs to either party or against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

A fully executed copy of this Stipulation shall be deemed an original for all purposes.

Dated:   January 20, 2023
         White Plains, NY

DENLEA & CARTON LLP

By: _____
Jeffrey I. Carton
2 Westchester Park Drive, Suite 410
White Plains, NY 10604
Tel.: (914) 331-0100
Fax: (914) 331-0105
jcarton@denleacarton.com

KRAVIT SMITH LLP

Philip M. Smith
75 South Broadway, Suite 400
White Plains, NY 10601
Tel.: (646) 493-8004
Fax: (917) 858-7101
psmith@kravitsmithllp.com
*Attorneys for Plaintiff*

DTO LAW

By: _____
Erik Mortensen
2400 Broadway, Suite 200
Redwood City, CA 94063
Tel.: (415) 630-4100
emortensen@dtolaw.com
*Attorneys for Defendant*